<div align="center">

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

</div>

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>Fax (410) 962-6836 |

<div align="center">June 23, 2023</div>

Julianne Lynn Greene
Gilman & Bedigian, LLC
1954 Greenspring Drive, Suite 250
Timonium, MD 21093

William Nelson Sinclair
Silverman Thompson Slutkin White
400 East Pratt Street
Suite 900
Baltimore, MD 21202

Re: *Wright v. Audisio*, CCB-21-0809

Dear Counsel:

      This will confirm the results of our conference call today. Understanding that the plaintiffs have requested an expedited appeal of the state court's stay order granting limited access to expunged records that may be relevant to this civil case, additional discovery in this case also shall remain Stayed. If, however, counsel can jointly agree on some discovery that may be taken now without needing to be duplicated depending on the state appellate court ruling, they are encouraged to do so even as this case remains stayed.

      I expect counsel will inform me when the issue of access to expunged records has been resolved by the state court, and counsel can then propose a schedule for discovery that remains to be done in this case.  Please provide a status report by August 31, 2023, or earlier if the appeal is resolved.

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

<div style="margin-left: 50%;">

Sincerely yours,

_____/s/_____

Catherine C. Blake
United States District Judge

</div>