UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

September 27, 2023

MEMORANDUM TO COUNSEL

Re: *Wright v. Audisio*
    Civil No. CCB-21-0809

Dear Counsel:

    I understand that the parties are ready to resume discovery in this case. Please confer and file a proposed schedule by October 6, 2023, agreed upon if possible, for the discovery that remains to be done and any request for mediation. If a phone conference would be helpful to resolve any disputes, we can arrange one shortly thereafter. Thank you for your cooperation.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                Sincerely yours,

                                  /S/

                                  Catherine C. Blake
                                  United States District Judge